```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ISIDRO GARCIA and ELIAZAR VALENTIN,                         :
individually and on behalf of others similarly              :
situated,                                                   :
                                                            :           15-CV-9433 (VSB)
                                               Plaintiffs,  :
                                                            :                ORDER
                        -against-                           :
                                                            :
SAIGON GRILL, INC. (d/b/a SAIGON                            :
MARKET), SIMON NGET, and CHRIS                              :
PIZZIMENTI,                                                 :
                                                            :
                                              Defendants.   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 / 29
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on December 1, 2015 (Doc. 1), and filed affidavits of service on January 10, 2016 (Docs. 9, 10, 11). The deadline for Defendants to respond to Plaintiff's complaint was January 4, 2016. (*See* Docs. 9, 10, 11.) To date, Defendants have not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 29, 2016. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated:    January 29, 2016
            New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge