UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISIDRO GARCIA, et al.,

                          Plaintiffs,

-against-                                        15 **CIVIL** 9433 (VSB)

                                                              **JUDGMENT**

SAIGON GRILL INC., et al.,

                          Defendants.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Amended Opinion and Order dated April 25, 2022, the Amended Opinion and Order shall supersede the Court's prior Opinion and Order at Docket Entry 122.  Magistrate Judge Cave's report is ADOPTED IN PART and MODIFIED IN PART. Accordingly, (1) Plaintiff Garcia is awarded $39,684.97 in damages, comprised of: (i) $9,105.06 in unpaid minimum wages, (ii) $3,702.33 in unpaid overtime wages, (iii) $12,807.39 in liquidated damages, (iv) $8,598.88 in prejudgment interest, and (v) $7,500 in statutory damages; (2) Plaintiff Valentin is awarded $6,933.82 in damages, comprised of: (i) $2,112.00 in unpaid minimum wages, (ii) $204.45 in unpaid overtime wages, (iii) $2,316.45 in liquidated damages, (iv) $1,526.08 in prejudgment interest, and (v) $1,000 in statutory damages; (3) Plaintiff Quiche is awarded $17,314.73 in damages, comprised of: (i) $5,933.04 in unpaid minimum wages, (ii) $111.57 in unpaid overtime wages, (iii) $6,044.61 in liquidated damages, (iv) $3,731.94 in prejudgment interest, and (v) $2,500 in statutory damages; and (4) Plaintiffs are awarded attorneys' fees in the amount of $19,531.75 and costs in the amount of $465.00, with post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

      April 25, 2022

                                                                        **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                                          **BY:**     *K. Mango*

                                                                          **Deputy Clerk**