# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand twenty-two,

Isidro Garcia, Individually and on behalf of others similarly situated, Eliazar Valentin, Individually and on behalf of others similarly situated, Fermin Quiche, Individually and on behalf of others similarly situated,

> **ORDER**
> Docket No. 22-1177

Plaintiffs - Appellees,

v.

Saigon Market LLC, DBA Saigon Market, Hau Nguyen, Johnathan Nguyen,

Defendants - Appellants.

Saigon Grill Inc., DBA Saigon Market, Simon Nget, Chris Pizzimenti,

Defendants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 28 2022

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/28/2022